# EXHIBIT 1


K&N
LIFETIME
HIGHFLOW
LIFE TIME
HIGH-FLOW COTTON
WASHABLE
ENGINE AIR FILTER™
INCREASE HORSEPOWER
AUMENTAR POTENCIA
MULTI-LAYER PROTECTION
PROTECCIÓN DE MÚLTIPLES CAPAS
SAVE TIME & MONEY


K&N

