# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,398,416**

**Registered Feb. 06, 2018**

**Int. Cl.: 7**

**Trademark**

**Supplemental Register**

K&N Engineering, Inc. (CALIFORNIA CORPORATION)
1455 Citrus Street
Riverside, CALIFORNIA 92507

CLASS 7: Air filters for motors and engines; air intakes for motors and engines; air cleaner assemblies for motors and engines; pre-cleaner air filter assemblies for motors and engines; air cleaner/flame arrestor assemblies for motors and engines; air cleaner vent breather assemblies for motors and engines; replacement parts for air cleaner assemblies for motors and engines; intake air boxes for motors and engines; air cleaner to carburetor adaptors for motors and engines; carburetor velocity stacks; carburetor recalibration kits comprised of air filters, jets, needles, clips washers, springs, screws and drills; oil filters for motors and engines; fuel filters for motors and engines

FIRST USE 00-00-1977; IN COMMERCE 00-00-1977

The color(s) deep salmon is/are claimed as a feature of the mark.

The mark consists of the color deep salmon, which is the approximate equivalent of Pantone Matching System 201, applied to a filter element of an air filter. The dotted outline of the air filter as well as the screen overlaying the air filter element are intended to show the position the mark on the goods and are not part of the mark. No claim is made to the shape of the air filter and air filter element.

SER. NO. 87-584,444, FILED 08-25-2017

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.