# EXHIBIT 3


AIR



